**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 20, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00736-CV

## IN RE BLACKMON-MOORING OF HOUSTON LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2020V-0122**

## MEMORANDUM OPINION

On October 14, 2022, relator Blackmon-Mooring of Houston LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeff R. Steinhauser, presiding judge of the 155th District Court of Austin County, to vacate his order both denying relator's motion for leave to designate a responsible third party and sustaining the objection of the real parties in interest against that motion, and also to grant relator's motion for leave to designate a responsible third party.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.